```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SAMUEL FIGUEROA,<br><br>              Plaintiff<br><br>     -against-<br><br>THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, and PETER MORMILLE,<br><br>             Defendants. | No. 20 Civ. 10050 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

     After receiving an inquiry from Plaintiff's counsel about scope of the Court's January 4, 2021 order (dkt. no. 12), the Court writes to make clear that Defendants' time to respond to the complaint--i.e., to answer or otherwise respond--is extended to March 5, 2021.

**SO ORDERED.**

Dated:    New York, New York
            January 8, 2021

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge