UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL FIGUEROA,<br><br>                    Plaintiff,<br><br>      -v.-<br><br>CITY OF NEW YORK et al.,<br><br>                    Defendants. | 20 Civ. 10050 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On May 26, 2023, the Court ordered Plaintiff to show cause as to why Defendant Peter Mormile had not been served within the 90-day window allowed under Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 61. In that Order, the Court cautioned that, "[i]f Plaintiff fails to file a letter by **June 2, 2023**, showing good cause why such service was not made within the 90 days, the Court may dismiss the case against Defendant Mormile without further notice." *Id.*

The Court has not received the required letter from Plaintiff addressing his failure to serve Defendant Mormile or otherwise responding to the Court's May 26 Order. Accordingly, the Court dismisses all claims as against Defendant Mormile without prejudice.

The Clerk of Court is directed to terminate Defendant Peter Mormile from this action.

SO ORDERED.

Dated: June 7, 2023
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge