

June 6, 2023

**VIA ECF**
Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:**    **Figueroa v. The City of New York et. al.**
                 **Civ. No. 20-CV-10050-JHR**

> Application GRANTED.
>
> The status conference in this matter is ADJOURNED to **June 23, 2023** at **11:00 a.m.**
>
> The Clerk of Court is directed to terminate ECF No. 64.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: June 7, 2023

Dear Judge Rearden:

Please be advised that our office represents Plaintiff, Samuel Figueroa, in the above-mentioned action. I write this letter in response to Your Honor's Order dated June 3, 2023 (Dkt. No. 63) to respectfully request an adjournment of the recently rescheduled status conference in accordance with Your Honor's Individual Rules and Practices 2(E).

As Your Honor is aware, the status conference previously scheduled for June 6, 2023, was rescheduled to June 9, 2023, at 4:30 p.m. I will be out of the office June 9, 2023, and am unavailable to attend the conference on the newly scheduled date and time. This is Plaintiff's first request for an adjournment of this status conference and Defendants' counsel consents to our request. Our request for an adjournment will not impact any other existing deadlines and the parties are scheduled to appear for Plaintiff's deposition on June 13, 2023. After conferring with opposing counsel, the parties are available June 14, 20, 22, or 23. Please let us know if you require additional availability.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

/s/Zack Holzberg
Zack Holzberg

Cc: Counsel for Defendants (via ECF)