

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISHEVA L. ROSEN**
Phone:(212) 356-3522
Fax:(212) 356-2089
E-mail: erosen@law.nyc.gov

June 2, 2023

> By Friday, June 16, 2023, the parties shall submit a joint letter updating the Court on the status of discovery. The letter shall clarify whether Plaintiff's deposition is the last deposition to be taken.
>
> The Clerk of Court is directed to terminate ECF No. 62.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: June 7, 2023

**Via ECF**
Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re: Samuel Figueroa v. City of New York, et. al.
Civil Action No.: 20-CV-10050

Dear Judge Rearden:

  I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York ("City"), and New York City Police Department ("NYPD")[1] in the above-referenced matter. I write on behalf all parties to provide a discovery status letter as per the Court's May 30, 2023 order. See ECF Dkt. No. 60.

  As of March 31, 2023, the parties have completed written discovery.

  Plaintiff's deposition is scheduled for June 13, 2023. Plaintiff will be sending deposition notices on June 5, 2023.

  The parties have engaged in further settlement discussions but were unable to reach an agreement at this time. The parties respectfully request a settlement conference after depositions have been completed.

Respectfully submitted,

---

[1] Upon information and belief, the individually named defendant, Peter Mormile, has not been served with a summons and complaint. On March 16, 2022, the Court dismissed all claims against the NYPD. See Order, dated March 16, 2022, ECF Dkt. No. 40.

- 1 -

- 2 -

/s/ Elisheva L. Rosen
Elisheva L. Rosen
Assistant Corporation Counsel