UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMUEL FIGUEROA,

                Plaintiff,                    **ORDER**

     -against-                     20-cv-10050 (JHR) (JW)

THE CITY OF NEW YORK, THE NEW YORK
CITY POLICE DEPARTMENT, and PETER
MORMILE, in his official capacity and
individually,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 69. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email **by July 28, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in August, September, or October. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

      Should either Party wish to discuss a possible declaration of bankruptcy, a limited ability to pay a jury award, or lack of access to cash to fund a settlement, the

Parties are strongly encouraged to discuss such issues with opposing counsel prior to the settlement conference, and to provide documents in their confidential *ex parte* letters that speak to their financial condition.

    SO ORDERED.

DATED:    New York, New York
             July 10, 2023

                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge