```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL FIGUEROA,

                          Plaintiff,

-against-

CITY OF NEW YORK,

                          Defendant.

20-CV-10050 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

      All parties are hereby notified that the undersigned was the Commissioner of the New York City Department of Investigation during portions of the time period identified in the Complaint (2018-2019) and remained in that position until November 10, 2021. The Department of Investigation has oversight and Inspector General jurisdiction over the New York City Police Department, although that oversight does not typically extend to misconduct by individual police officers, which is typically within the jurisdiction of the NYPD's Internal Affairs Bureau and the Civilian Complaint Review Board. As far as the Court is aware, the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at a conference, they should file an appropriate letter on ECF by no later than **April 16, 2024**.

      It is hereby ORDERED that no later than **April 16, 2024**, the parties shall file on ECF a joint letter, described below, updating the Court on the status of the case. The joint letter shall not exceed five pages, and shall provide the following information in separate paragraphs:

1. Names of counsel and current contact information, if different from the information currently reflected on the docket;

2. A brief statement of the nature of the case and/or the principal defenses thereto, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement, or dispositive motion;

3. **A confirmation that discovery in this action is complete; if discovery is <u>not</u> complete, parties must provide (1) an explanation as to why discovery is not complete considering the extensive length of the pendency of this case; (2) a detailed statement of the discovery that has already taken place, including**

**how many depositions each party has taken; (3) a detailed description of the discovery that remains outstanding; and (4) a statement of the amount of time needed to complete discovery**;

4. A statement of all other existing deadlines, due dates, and/or cut-off dates;

5. A statement of any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;

6. A brief description of the status of prior settlement discussions, without disclosing exact offers and demands;

7. A state of whether parties intend to file motions for summary judgment or any other pretrial motions;

8. An estimate of the length of trial; and

9. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: April 3, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge