USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2024



**Muriel Goode-Trufant**
*Acting Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISHEVA L. ROSEN**
Phone:(212) 356-3522
Fax:(212) 356-2089
E-mail: erosen@law.nyc.gov

June 4, 2024

**Via ECF**
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  <u>Samuel Figueroa v. City of New York, et. al.</u>
            Civil Action No.: 20-CV-10050

Dear Magistrate Judge Garnett:

      I am the Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York, and New York City Police Department ("NYPD")[1] (collectively, "Municipal Defendants"), in the above-referenced matter.  I write on behalf of both parties as per the Court's May 5, 2024 court order to inform the Court that Plaintiff has supplemented his discovery production to Defendant with copies of his medical records.

      Respectfully submitted,

      /s/  Elisheva L. Rosen
      Elisheva L. Rosen
      Assistant Corporation Counsel

---

[1] Upon information and belief, the individually named defendant, Peter Mormile, has not been served with a summons and complaint. On March 16, 2022, the Court dismissed all claims against the NYPD. <u>See</u> Order, dated March 16, 2022, ECF Dkt. No. 40.

...

cc: **Zachary Holzberg**
Attorney for Plaintiff
Derek Smith Law Group, PLLC
1 Pennsylvania Plaza, 49th Floor
New York, New York 10119
(212) 587-0760
zachary@dereksmithlaw.com

By no later than **June 12, 2024**, the parties are ORDERED to contact Magistrate Judge Willis' chambers to request a new date for continuation of the settlement conference. The Clerk of Court is directed to terminate Dkt. No. 77.

SO ORDERED.  Date 6/7/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE